UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

04 CR 801-17 (PKC)

-against-                                    ORDER

TEDANE MUIR,

Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

            A lawyer has written to this Court seeking the opportunity to review what he

calls the "5K Letter" of Tedane Muir for unspecified purposes relating to immigration.   The

lawyer urges that the Court grant the relief whereupon he proposes to obtain a written

authorization from Mr. Muir.  Without confirming the existence of any document meeting

the lawyer's request, the application (Doc 803) is DENIED.  The application has not been

authorized by Mr. Muir and the specific need and intended use of such a document, if it

exists, has not been demonstrated.

            SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
        January 31, 2022