# GURSOY LAW FIRM, P.C.

website: www.gursoylaw.com
email: gursoylaw@gmail.com

1624 Voorhies Avenue • Brooklyn, NY 11235 • (718) 646-5783 • FAX (718) 228-7969

*MAILING ADDRESS: P.O. BOX 350-376, BROOKLYN, NY 11235*

---

**Via ECF**

May 12, 2022

The Honorable Judge P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, NY 10007

> Application DENIED. Without confirming or denying the existence of any 5K letter, if there were such a letter in the possession of the Court, it would be filed under seal. Defendant is free to make whatever request he chooses directly to the Office of the United States Attorney.
>
> SO ORDERED
> Dated: New York, NY
> 5/12/2012
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re: **United States of American v. Tedane Muir a/k/a "Sampson"**
     **1:04 cr 00801 (PKC)**
     **Motion to Request 5K Letter**

Honorable Judge Castel:

The purpose of this correspondence is to request the Court to issue an Order releasing the 5K Letter (also known as a 5K Agreement) in the above referenced matter to Mr. Muir's immigration counsel, the Gursoy Law Firm P.C., to be used in an ongoing immigration matter. Counsel is unaware of any future conferences before the court.

This Court previously denied, on January 31, 2022 (Document 804), a request for this Order due to the lack of a signed Authorization and lack of a showing of the intended need of the document.

Please find a signed and notarized *Authorization to Obtain Records and Release Information* from Mr. Muir. The purpose of our request releasing the 5K Letter is to be used in relationship to his immigration status and any potential applications to be made on his behalf. Mr. Muir has an outstanding order of removal. However, it appears that subsequent to this order of removal, Mr. Muir was the recipient of an S-Visa. An S-Visa is a visa available to individuals who have assisted a law enforcement agency as a witness or informant. Only law enforcement agencies are permitted to file for an S-Visa on behalf of the witness or informant. Once the S-Visa is approved

. . . . . . . . . . . . . . . . . . . . . . . .

the individual is permitted to file a Form-485 Application to Register Permanent Residence or Adjust Status (a Green Card Application). However, as Mr. Muir was never given a copy of his S-Visa documentation, we are not fully aware of all the necessary information to apply for his Green Card and to seek termination of his order of removal. We believe information contained in the 5K Letter will assist us with this endeavor.

Once we have the required information we will file a Freedom of Information Request with the United States Drug and Enforcement Administration (DEA), referred to as a *Touhy* request.

Please find attached to this correspondence an *Order* for the Court to release the 5K letter to Mr. Muir's Immigration Counsel.

We respectfully request the Court to review these documents and to advise on how to proceed with this matter.

Thank you for your kind assistance with this matter.

Sincerely,

S/ Stuart Goldberg

_____
Stuart Goldberg
**Gursoy Law Firm P.C.**
1624 Voorhies Avenue
Brooklyn, NY 11235
Phone: (718) 646-5783
Website: www.gursoylaw.com
Email: goldberg@gursoylaw.com

Attachments:

- *Order* for the Court.

- Signed and Notarized *Authorization to Obtain Records and Release Information.*

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
United States of America,

                                    Case # 01: S16 04 CR 0801-17 (PKC)

    -against-

Tedane Muir, a/k/a "Sampson"

            Defendant.
------------------------------------------x

## ORDER

    The Court has an ex parte request by counsel for Tedane Muir dated _____ ____, 2022, for disclosure of a copy of the 5K Letter in this matter. The Clerk of the Court is hereby directed to unseal the 5K Letter for the limited purpose of providing them to Tedane Muir's attorneys, the Gursoy Law Firm P.C., U Mike Gursoy and Stuart Goldberg.

    The _____ ____, 2022, request and this Order will be maintained under seal, pending further order of the Court, to protect against any compromise of safety or law enforcement interests pending clarification of the circumstances of the request.

    So Ordered.

                                                                  _____
                                                                  P. Kevin Castel
                                                            United States District Judge

Dated: New York, NY

_____ ____, 2022

**Authorization to Obtain Records and Release Information**

Tedane Muir, 2101 Nereid Ave., Bronx, NY 10466, date of birth is November, 17, 1977, by his signature below authorizes and permits the following entities and organizations to permit the Gursoy Law Firm P.C. to obtain copy the 5K Letter (also known as a 5K Agreement) and speak with attorneys U Mike Gursoy and Stuart Goldberg, of the Gursoy Law Firm P.C., at 1624 Voorhies Avenue, Brooklyn, NY 11235.

Entities and Organization to which this Authorization is directed:

United States District Court
Southern District of New York (SDNY)
SDNY – Court Reporters
SDN Y – Clerk of the Court
SDNY – Department of Probation

Dated: 05·07, 2022

_____
Tedane Muir

Sworn to this 07 day
Of May, 2022

_____
Notary Public

[Notary stamp: HA... BRAYO, NOTARY ... NEW YORK, ...06065967, ... Bronx County, Commission Expires November 26 20__]